UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

ANGELIQUE MARIE EASTON,

          Defendant.

Case No. CR21-174-12 JCC

DETENTION ORDER

<u>Offenses charged</u>:

    Ms. Easton is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). The Court held a detention hearing on November 19, 2021, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.     Ms. Easton stipulated to detention.

3.     Ms. Easton poses a risk of nonappearance due to her history of failure to appear, convictions for bail jumping, use of multiple aliases, use of alternative birth dates

DETENTION ORDER - 1

and Social Security numbers, and noncompliance while under supervision. In addition, her personal history and ties to this district remain uncorroborated.

4. Ms. Easton poses a risk of danger due to the nature of the offense and noncompliance while under supervision.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Ms. Easton's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Ms. Easton as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Ms. Easton shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Easton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Easton is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 19th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3