The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANGELIQUE MARIE EASTON,<br><br>Defendant. | NO. CR21-0174-JCC-12<br><br>[~~PROPOSED~~]<br>ORDER GRANTING UNITED STATES' MOTION REQUESTING COPIES OF DOCUMENTS FILED UNDER SEAL (Dkt. No. 753) & FOR AN EXTENSION OF TIME TO FILE A RESPONSE |

The Court, having reviewed the unopposed Motion of the United States ~~Motion~~ Requesting Copies of Documents Filed Under Seal (Dkt. No. 753) and for an extension of time to file a response, hereby states: IT IS HEREBY ORDERED that the Motion~~s are~~ is GRANTED. The Clerk of the Court is HEREBY ORDERED to email a copy of the sealed documents at Docket No. 753 to Assistant United States Attorney C. Andrew Colasurdo at acolasurdo@usa.doj.gov. IT IS HEREBY FURTHER ORDERED that the United States has until August 14, 2024, to file a response.

DATED this 19th day of July 2024.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Court Judge

---

ORDER GRANTING UNITED STATES MOTION REQUESTING COPIES OF DOCUMENTS FILED UNDER SEAL (Dkt. No 753) FOR AN EXTENSION OF TIME TO FILE A RESPONE - 1
*United States v. Easton,* CR21-0174-JCC-12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970

1  Presented by:

2  */s/ C. Andrew Colasurdo*
3  C. ANDREW COLASURDO
   Assistant United States Attorney

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING UNITED STATES MOTION REQUESTING COPIES OF
DOCUMENTS FILED UNDER SEAL (Dkt. No 753) FOR AN EXTENSION OF
TIME TO FILE A RESPONE - 2
*United States v. Easton,* CR21-0174-JCC-12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970