The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELIQUE EASTON, <br><br> Defendant. | No.  CR21-174 JCC -12 <br><br> ORDER GRANTING DEFENDANT'S REQUEST FOR COPIES OF DOCUMENTS FILED UNDER SEAL (Dkt. No. 753) AND TO SET BRIEFING SCHEDULE |

The Court, having reviewed the Motion of the Defendant (**Dkt. No. 765**) Requesting Copies of Documents Filed Under Seal And To Set Briefing Schedule.  IT IS HEREBY ORDERED that the Motion is GRANTED.  The Clerk of the Court is HEREBY ORDERED to email a copy of the sealed documents at Docket No. 753 to her appointed attorney Brent Hart at bhart@hjmc-law.com.

IT IS HEREBY FURTHER ORDERED that Counsel for Ms. Easton is directed to file a supplement to Ms. Easton's pro se motion for compassionate release or a notice that no supplement will be filed by September 10, 2024.   The United States' responsive materials shall

ORDER GRANTING DEFENDANT'S REQUEST FOR COPIES OF DOCUMENTS FILED UNDER SEAL (Dkt. No. 753) AND TO SET BRIEFING SCHEDULE
*US v. Angelique Easton, CR21-174 JCC*

1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

be filed thirty days after any supplement is filed or notice is filed that counsel will not be filing a supplement to Ms. Easton's pro se motion.

DATED this 30th day of July 2024

*[signature: John C Coughenhour]*

John C. COUGHENHOUR
United States District Court Judge

Presented By:

/s Brent Hart
Brent Hart WSBA No. 30368
Attorney for Angelique Easton
155 NE 100th Street Suite 210
Seattle, WA 98125
(206)661-1811 (phone)
bhart@hjmc-law.com

ORDER GRANTING DEFENDANT'S REQUEST FOR COPIES OF DOCUMENTS FILED UNDER SEAL (Dkt. No. 753) AND TO SET BRIEFING SCHEDULE
*US v. Angelique Easton, CR21-174 JCC*

2

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950