THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELIQUE MARIE EASTON, <br><br> Defendant. | CASE NO. C21-0174-JCC-12 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to continue the briefing schedule of her compassionate release motion (Dkt. No. 778). Finding good cause, the motion is GRANTED. Counsel for Ms. Easton is directed to file a supplement to Ms. Easton's pro se motion for compassionate release or a notice that no supplement will be filed by October 22, 2024. The United States' responsive materials shall be filed thirty days after any supplement is filed or notice is filed that counsel will not be filing a supplement to Ms. Easton's pro se motion.

//

//

DATED this 10th day of September 2024.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk