The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANGELIQUE EASTON,<br><br>                    Defendant. | No.   CR21-174 JCC<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE |

The Court, having reviewed the Defendant's Motion to Continue Briefing Schedule, finds good cause and HEREBY ORDERS that the motion is GRANTED.  Counsel for Ms. Easton is directed to file a supplement to Ms. Easton's pro se motion for compassionate release or a notice that no supplement will be filed by December 3, 2024.   The United States' responsive materials shall be filed thirty days after any supplement is filed or notice is filed that counsel will not be filing a supplement to Ms. Easton's pro se motion.

DATED this <u>21st</u> day of <u> October</u>, 2024

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
*US v. Angelique Easton, CR21-174 JCC*

1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

John C. COUGHENHOUR
United States District Court Judge

Presented By:

/s Brent Hart
Brent Hart WSBA No. 30368
Attorney for Angelique Easton
155 NE 100th Street Suite 210
Seattle, WA 98125
(206)661-1811 (phone)
bhart@hjmc-law.com

Stipulated:

/s Andy Colasurdo
Assistant United States Attorney

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
*US v. Angelique Easton, CR21-174 JCC*

2

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950