The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANGELIQUE EASTON,<br><br>　　　　　Defendant. | No.   CR21-174 JCC<br><br>[PROPOSED] ORDER TO SEAL |

The Court, having reviewed the Defendant's Motion to Seal and due to the sensitive information of the health and personal records sought to remain under seal in Exhibits 2, 3, 4, 5, 6 and 7 to the Memorandum in support of Ms. Easton's Motion for Compassionate Release Pursuant To 18 U.S.C. 3582(C)(1), it is hereby ORDERED that the Defendant's Exhibits 2, 3, 4, 5, 6, 7 and shall remain sealed.

Exhibit 8, which contains sensitive documents relating to Bureau of Prisons reporting shall also remain sealed.

DATED this __23rd__ day of December, 2024.

*[signature: John C Coughenour]*

The Honorable John Coughenour
United District Court Judge

1

2

3  Presented by:

4  *s/ Brent Hart*
   Brent Hart
5  Attorney for Ms. Easton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER TO SEAL     2    HART JARVIS MURRAY CHANG
*US v. Easton, CR21-174 JCC*                                 155 NE 100TH STREET SUITE 210
                                                        SEATTLE, WA 98125
                                                        TEL: 206-735-7474
                                                        FAX: 206-260-2950