The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELIQUE MARIE EASTON,<br><br>Defendant. | NO. CR21-174 JCC<br><br>~~(PROPOSED)~~ ORDER EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(C)(1) |

THIS MATTER having come before the Court on the Government's Motion to extend the Deadline to file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1), and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its response shall be extended to February 1, 2025.

//

//

//

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Compassionate Release - 1
*United States v. Angelique Marie Easton*, CR21-174 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this __30th_ day of December, 2024.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

*s/ Brent Hart*
BRENT HART
Attorney for Angelique Marie Easton

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Compassionate Release - 2
*United States v. Angelique Marie Easton*, CR21-174 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970